BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-415 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO MOVE STATUS |
| ) | CONFERENCE HEARING; |
| ) | ORDER |
| v. ) | |
| ) | |
| JOSE LUIS VALENCIA DIAZ, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the status conference in this case, previously scheduled for February 13, 2012 at 9:00 a.m., be continued until February 13, 2012, at 1:00 p.m. before the Honorable Dennis L. Beck.

DATED:   February 9, 2012                 BENJAMIN B. WAGNER
                                          United States Attorney

                                          By /s/ Kathleen A. Servatius

                                          KATHLEEN A. SERVATIUS
                                          Assistant U.S. Attorney

DATED: February 9, 2012                   /s/ Carl M. Faller
                                          Attorney for Jose Luis Valencia Diaz

1  DATED: February 9, 2012              /s/ Peggy Sasso
                                        Attorney for Martin Santos Bonales
2

3  DATED: February 9, 2012              /s/ Mark Wade Coleman
                                        Attorney for Pedro Mendoza
4

**ORDER**

IT IS SO ORDERED.

**Dated:   February 9, 2012**               /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE