BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE DIAZ, et al.,<br><br>            Defendants. | 1:11-cr-415 AWI<br><br>ORDER CONTINUING MOTIONS HEARING AND EXTENDING TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Mark Coleman and Michael Garey, having stipulated and agreed that the hearing on this matter be continued to January 14, 2013, at 10:00 a.m. The government's opposition to the defendants' motions in this case be filed on or before December 21, 2012, and the defendant's reply to be filed on or before January 7, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   November 29, 2012

UNITED STATES DISTRICT JUDGE

1