BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JOSE LUIS VALENCIA DIAZ and <br> PEDRO MENDOZA, <br><br> Defendants. | Case No. 1:11-cr-00415 AWI-BAM <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, hereby stipulate and agree that the government's opposition to the defendants' motions in this case be filed on or before March 4, 2013, the defendants' reply to be filed on or before March 11, 2013, and the hearing on the matter be continued to March 18, 2013.

Dated: January 10, 2013           BENJAMIN B. WAGNER
                                  United States Attorney

                            BY:   /s/ Kathleen A. Servatius
                                  KATHLEEN A. SERVATIUS
                                  Assistant U.S. Attorney

///

Dated: January 10, 2013          /s/ Michael Ian Garey
                                 Attorney for Jose Luis Valencia Diaz

Dated: January 10, 2013          /s/ Marc Wade Coleman
                                 Attorney for Pedro Mendoza

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00415 AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING MOTIONS HEARING |
| v. ) | AND EXTENDING TIME FOR FILING |
| ) | OF GOVERNMENT'S OPPOSITION |
| ) | TO DEFENDANTS' MOTIONS |
| ) | |
| JOSE LUIS VALENCIA DIAZ and ) | |
| PEDRO MENDOZA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, having stipulated and agreed that the hearing on this matter be continued to March 18, 2013, the government's opposition to the defendants' motions in this case be filed on or before March 4, 2013, and the defendants' reply to be filed on or before March 11, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   January 11, 2013                          _____
                                                                        UNITED STATES DISTRICT JUDGE