BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                       )<br>                    Plaintiff,   )<br>       v.                           )<br>                                       )<br>                                       )<br>                                       )<br>JOSE LUIS VALENCIA DIAZ and )<br>PEDRO MENDOZA,           )<br>                                       )<br>                    Defendants. )<br>_____ ) | Case No. 1:11-cr-00415 AWI-BAM<br><br>ORDER CONTINUING MOTIONS HEARING<br>AND EXTENDING TIME FOR FILING<br>OF GOVERNMENT'S OPPOSITION<br>TO DEFENDANTS' MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, having stipulated and agreed that the hearing on this matter be continued from March 18, 2013 to April 1, 2013, the government's opposition to the defendants' motions in this case be filed on or before March 18, 2013, and the defendants' replies to be filed on or before March 25, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   March 7, 2013                              _____
                                                                        SENIOR DISTRICT JUDGE