BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00415 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS |
| v. | |
| JOSE LUIS VALENCIA DIAZ and PEDRO MENDOZA, | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, hereby stipulate and agree that the government's opposition to the defendants' motions in this case be filed on or before April 8, 2013, the defendants' replies to be filed on or before April 15, 2013, and the hearing on the matter be continued to April 22, 2013.

The reason for this motion is that Ms. Servatius needs more time to properly respond to the defendants' motions. Additionally, parties are exploring resolution of the case without the need

/ / /

/ / /

1

for a ruling on the pending motions.  Counsel for the defendants have no objections to the requested continuance.

IT IS SO STIPULATED.

Dated: March 26, 2013                              BENJAMIN B. WAGNER
                                                   United States Attorney
                                             BY:   /s/ Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant U.S. Attorney


Dated: March 26, 2013                              /s/ Michael Ian Garey
                                                   Attorney for Jose Luis Valencia Diaz


Dated: March 26, 2013                               /s/ Mark Wade Coleman
                                                   Attorney for Pedro Mendoza

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00415 AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING MOTIONS HEARING |
| v. ) | AND EXTENDING TIME FOR FILING |
| ) | OF GOVERNMENT'S OPPOSITION |
| ) | TO DEFENDANTS' MOTIONS |
| JOSE LUIS VALENCIA DIAZ and ) | |
| PEDRO MENDOZA, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through Michael Garey and Marc Coleman, having stipulated and agreed that the hearing on this matter be continued to April 22, 2013, at 10:00 a.m., the government's opposition to the defendants' motions in this case be filed on or before April 8, 2013, and the defendants' replies to be filed on or before April 15, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   March 26, 2013                       _____
                                              SENIOR  DISTRICT  JUDGE

3