HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PEDRO MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO MENDOZA,<br><br>    Defendant. | No. 1:11-cr-00415-AWI-BAM-3<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  ANTHONY W. ISHII |
|---|---|

Defendant, PEDRO MENDOZA, by and through his attorney, Assistant Federal Defender HANNAH R. LABAREE, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 4, 2013, this Court sentenced Mr. Mendoza to a term of 57 months;

3. His total offense level was 25, his criminal history category was I, and the resulting guideline range was 57 to 71 months;

4. The sentencing range applicable to Mr. Mendoza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18,

2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5. Mr. Mendoza's total offense level has been reduced from 25 to 23, and his amended guideline range is 46 to 57 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mendoza's term of imprisonment to a term of 46 month, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated:  August 20 2015                           Dated:  August 20, 2015

BENJAMIN B. WAGNER                        HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/  *Kathleen A. Servatius*                        /s/ *Hannah R. Labaree,*
KATHLEEN A. SERVATIUS                    DAVID M. PORTER
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                               Attorney for Defendant
UNITED STATES OF AMERICA            PEDRO MENDOZA


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mendoza is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2013 is reduced to a term of 46 months, effective as of November 1, 2015, provided however, that if, as of November 1, 2015, this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

1      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3  reduction in sentence, and shall serve certified copies of the amended judgment on the United
4  States Bureau of Prisons and the United States Probation Office.
5      Unless otherwise ordered, Mr. Mendoza shall report to the United States Probation Office
6  within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   August 20, 2015                                  _____
                                                          SENIOR DISTRICT JUDGE